In THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JENNIFER BRADY, et al.          )
                                )
v.                              ) NO. 3:05-0355
                                ) JUDGE CAMPBELL
ERIK MAASIKAS, et al.           )

ORDER

Pending before the Court is Defendant Maasikas' Motion for Summary Judgment (Docket No. 45). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff Jennifer Brady's claim for illegal search of the Brady residence is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE