In THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JENNIFER BRADY, et al. | ) |
| | ) |
| v. | ) NO. 3:05-0355 |
| | ) JUDGE CAMPBELL |
| ERIK MAASIKAS, et al. | ) |

ORDER

Pending before the Court are Defendants Pardue and Ellis' Motion for Summary Judgment (Docket No. 57) and Plaintiff Jennifer Brady's Motion to Modify the Order of This Court Dismissing the Claim of Plaintiff to an Illegal Search of the Brady Home by Erik Maasikas (Docket No. 64). For the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment is DENIED and Plaintiff's Motion to Modify is DENIED.

This case remains set for trial on August 1, 2006, with a pretrial conference on July 24, 2006.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE